

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

April 19, 2016

James G. Minerve
The Minerve Law Firm
115 Saddle Blanket Trail
Buda, TX 78610-9584
* DELIVERED VIA E-MAIL *

Christopher Ferguson
Jack O'Boyle & Associates
PO Box 815369
Dallas, TX 75831
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    04-16-00089-CV
          Trial Court Case Number:    2015CV07119
          Style:  Daniel Smith
                v.
                U.S. Bank Trust NA, as Trustee for LSF9 Master Participation
          Trust

        Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

        If you should have any questions, please do not hesitate to contact me.

                        Very truly yours,
                        KEITH E. HOTTLE, CLERK

                        Rosa Gonzalez
                        Deputy Clerk, Ext. 53855



# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2016

No. 04-16-00089-CV

Daniel **SMITH**,
Appellant

v.

**U.S. BANK TRUST NA, AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2015CV07119
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

By order dated March 16, 2016, this court ordered appellant to provide written proof by March 28, 2016, that the reporter's fee for the preparation of the reporter's record was paid. The order further stated if appellant failed to provide such proof by March 28, 2016, appellant's brief would be due by April 15, 2016, and the court would consider only those issues or points raised in appellant's brief that did not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant did not provide written proof of payment and also has not filed his appellant's brief. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2016.

Keith E. Hottle
Clerk of Court